120

596 A.2d 625

Doris COATES

v.

FORD MOTOR CREDIT CORPORATION.

No. 86, Sept. Term, 1991.

Court of Appeals of Maryland.

Oct. 7, 1991.

Louise M. Carwell, Legal Aid Bureau, Inc., Baltimore, for petitioner.

Robert Harwick, Thieblot, Ryan, Martin & Ferguson, Baltimore, for respondent.

Argued before MURPHY, C.J., and ELDRIDGE, RODOWSKY, McAULIFFE, CHASANOW, KARWACKI and ROBERT M. BELL, JJ.

ORDER

The Court having considered and granted the petition for a writ of certiorari in the above captioned case, it is this 7th day of October, 1991

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Circuit Court for Baltimore City be, and it is hereby, vacated and the case remanded to that court for further consideration in light of *Anderson v. Ford Motor Credit Corp.*, 323 Md. 327, 593 A.2d 678 (1991). Costs to abide the result.